IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EARL CLYDE BROWN III,  CV. 04-279-KI

    Petitioner,  ORDER

v.

JEAN HILL,

    Respondent.

KING, Judge

Petitioner's motion for voluntary dismissal (#28) is GRANTED. This proceeding is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this ___8th___ day of April, 2005.

                                        /s/ Garr M. King
                                        Garr M. King
                                        United States District Judge